```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35561
   BARBARA MAYS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7021


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/24/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.75%.

     The case was paid in full 11/08/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CNI NATIONAL MORTGAGE CO  CURRENT MORTG         .00            .00            .00
WELLS FARGO AUTO FINANCE  SECURED           10139.00         511.51       10139.00
AT & T WIRELESS           UNSECURED          2555.76            .00         683.71
RESURGENT CAPTIAL SERVIC  UNSECURED          4642.31            .00        1241.89
RESURGENT ACQUISITION LL  UNSECURED          5557.32            .00        1486.66
ROUNDUP FUNDING LLC       UNSECURED          3649.47            .00         976.28
WELLS FARGO FINANCIAL IL  UNSECURED           421.13            .00         112.66
RESURGENT CAPTIAL SERVIC  UNSECURED              .00            .00            .00
RESURGENT CAPTIAL SERVIC  UNSECURED              .00            .00            .00
THOMAS W LYNCH            DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                           898.29
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              16,050.00

PRIORITY                                          .00
SECURED                                     10,139.00
   INTEREST                                    511.51
UNSECURED                                    4,501.20
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           898.29
DEBTOR REFUND                                     .00
                     ---------------        ---------------
TOTALS               16,050.00              16,050.00



              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 35561 BARBARA MAYS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 35561 BARBARA MAYS